UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>          Plaintiff,<br>vs.<br><br>STONES CROSSING II, L.L.C.,<br>an Indiana Limited Liability Company,<br><br>          Defendant. | CASE NO.: 1:17-cv-02940-WCG-TAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, Stones Crossing II, L.L.C., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully submitted,

By: */s/ Louis I. Mussman*
    Louis I. Mussman, Esq.
    Bar No. 597155
    Ku & Mussman, P.A.
    18501 Pines Boulevard, Suite 209-A
    Pembroke Pines, FL 33029
    Tel: (305) 891-1322
    Fax: (305) 891-4512
    Louis@KuMussman.com

    and

    Eric C. Bohnet, Esq.
    Attorney No. 24761-84
    Attorney at Law
    6617 Southern Cross Drive
    Indianapolis, Indiana  46237
    Tel: (317) 750-8503

Respectfully submitted,

By: /s/ *William T. Niemier*
    William T. Niemier
    Niemier Law Office
    Attorney No. 15518-49
    21 East Main Street, #441
    New Palestine, IN 46163
    Telephone: (317) 459-3878
    Facsimile: (317) 890-1731
    Niemier@sbcglobal.net

    *Counsel for Defendant*
    *Stones Crossing II, L.L.C.*

ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing the following counsel of record:

William T. Niemier
Niemier Law Office
21 East Main Street, #441
New Palestine, IN 46163

By: */s/ Louis Mussman*
Louis I. Mussman, Esq.