UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STONES CROSSING II, L.L.C.,<br>an Indiana Limited Liability Company,<br><br>　　　　　　Defendant. | CASE NO.: 1:17-cv-02940-WCG-TAB |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

This matter came before the Court on the Parties' Stipulation of Dismissal with Prejudice, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

SO ORDERED on February 6, 2018.

　　　　　　　　　　　　　　　　　　s/ William C. Griesbach
　　　　　　　　　　　　　　　　　　William C. Griesbach, Chief Judge[1]
　　　　　　　　　　　　　　　　　　United States District Court

---

[1] Of the Eastern District of Wisconsin, sitting by designation.